U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 1 6 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

TALONZO DEBROW

VERSUS

WARDEN LA STATE PENITENTIARY

CIVIL ACTION NO. 5:05CV0940
JUDGE HICKS
MAG. JUDGE HORNSBY

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

☑ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 16th day of November, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE